All right, here you hear you hear you. This Honorable Appellate Court of the Second District is now pursuing to adjourn. Good morning, everyone. Please be seated and in front of counsel whom I know very well. Sorry Your Honor, in this case of the morning call 2-11-0370 Henry Gianni Meyer, on behalf of the petitioner, Henry Mazaris Mrs. Jodi Booker, on behalf of Mr. Edward Matthew Buckley Mr. Robert Pottinger, excuse me, no, Mr. James Zubow On behalf of Mr. Frank J. Mazaris, Mr. Rishi D. Tara Good morning, counsel At this time, counsel for the appellant may step forward Mrs. Booker, you're going to argue for the appellant? May it please the court Good morning, Jodi Booker for the appellant, Amy Mazarisi Would the court like a brief recitation of the facts regarding this case? I don't believe we need one, but I am going to ask you to adjust the microphone, move it so it's up towards you And please keep your voice up, we have a fan on the ceiling so it makes it hard to hear unless you do And if counsel can't hear and you're having difficulty get my attention so we can remind her to raise her voice Thank you Judge, justices, I believe the first issue that needs to be addressed is the standard of review in this case As it's been brought to argument by the response filed by defendant Frank Mazarisi In Amy Mazarisi's original brief, we've stated that the standard of review for a 2619 motion to dismiss is de novo We believe that is the standard of view that should be applied in this case I know it's been addressed by defendant Frank Mazarisi that the appropriate standard of review should be an abuse of discretion However, in making that argument, he fails to cite any case law or precedent that would direct the court to apply that standard of review And further, we believe that in re-marriage of Adams is a case that dealt with the same parentage action that we're dealing with today And in that case, the court did notice and did make reference that a 2619 motion to dismiss is reviewed de novo The crux of this matter that comes before the court today deals with the Illinois Parentage Act And a determination of when the statute of limitations begins to run for an individual to bring in action Essentially to disestablish the parent and child relationship In this situation, Amy Mazarisi filed a petition to establish the parent-child relationship between defendant Edward Matthew Buckley and the child And early on in litigation, it was determined by the court that that incorporated essentially a petition to disestablish the relationship that had been established Counsel, can we stop there? I think that's the overarching question The petition that he referenced does clearly state it's labeled a petition to declare the term of the parent-child relationship It names Mr. Buckley, requests the relief naming him to be the father, says that Mr. Mazarisi is named only as the presumed father How did this case get turned around from a 7A into a 7B? And this is a question I think other counsel would have to answer What is the legal authority for holding that? The whole gist of the petition is to declare someone else to be the father How did this get turned around and make the focus a 7B action? Judge, I have to agree, opposing counsel may be in a better position to answer that question We did not get involved in this case, specifically until October of 2010 The original petition was filed by another attorney that went through matters Based on the history of the case and what we were given when we started to prepare for the motion to dismiss argument that we then appealed and brought before the court today But can you address it or try to address it? Because really I would think you'd be arguing that Because since it went out in a motion under the more limiting statute of limitations, if you could defeat that argument, you wouldn't be making this argument you're making now Under B And I guess I'm going to just ask a very related question, maybe ask the same question in a different way But obviously you focused in your briefs, all of you, on the question of when your client had sufficient knowledge of relevant facts to start the two-year statute of limitations running And what is there in the record, if anything, that would suggest that the longer statute of limitations should and would apply? And I believe that's where when procedurally when this case was filed, the original petition was filed The motion to dismiss was filed by Frank Mazzarisi Previous counsel for Amy Mazzarisi did file a motion to strike the motion to dismiss Alleging, among other things, that no, this is a petition to establish the parent-child relationship, not to disestablish And made that argument, and that was where there was a decision handed down by the Honorable Judge Eugene Doherty Where in his decision, he referenced cases that cited that when a petition to establish a parent-child relationship is brought And there's already a presumed father that it, in essence, is implying also a petition to disestablish that presumed relationship that's already there And that was his ruling, which is then where it got to, the motion to dismiss still stood then on the two-year statute of limitation issue under 7b And where we got to the point Where the statute of limitation should apply in this case? It would be our position, as it was originally by the original counsel, that obviously the longer statute of limitation should apply And why? What is your legal reasoning for that position? Our reasoning, it almost comes back to the same arguments that we're making in regards to the shorter one And that for our client to have knowledge in this situation, that's very strange Parties have different relationships And essentially, either way you look at it, if she, if it was when the child reaches two years of age or if it was two years from when knowledge was gained How she would have knowledge prior to the child being born and being able to test the child, we don't know Obviously, we believe that, you know, she believed this child was her husband's child And so, you know, we had a petition for various factors that we set forth in the brief And therefore, you know, until there was something to lead her to think otherwise She wouldn't file a petition to disestablish or to establish another man as being the father of the child Well, if you're going to proceed on that basis, and obviously we could affirm the trial court on any basis in the record I mean, there's myriad of things that we could do But as I understand the position, the petition in this case was filed within two years of the birth of the child Is that much correct? Yes So, if we were to find the knowledge referred to in the two-year statute of limitations was obtained by the plaintiff sometime on or after the birth of the child Then the petition would have been timely filed even under B, correct? Correct Posen counsel seems to be arguing or suggesting, well, wait a minute, the knowledge is clearly, and I don't think that's in dispute That she had sexual relationship with several people Although the statute doesn't say knew or should have known had the knowledge So what's your position on her position? I don't think you need to argue anything after the birth of the child because it was timely filed The knowledge would have had to have been gained while she was pregnant So how does a woman, how do you gain that definitive knowledge other than suspicions and conjecture? Right, and that's what we address in our brief is that, you know, if you look at Black's Law Dictionary And the definition of what knowledge is, it's a state of mind where there's no substantial doubt about the existence of a fact And in this situation where there's been sexual relations with three people and in a certain period of time There may be a possibility or a potential that maybe the child is someone else's But as we identified there were numerous facts that let our clients believe that this child was Frank Masaryk's Including the fact that she thought based on calculations that she was pregnant prior to Thanksgiving And the sexual intercourse with the other two men occurred after Thanksgiving Down to when the child was born, it was born with dark hair, olive skin It looked of the Italian ancestry which is what her husband was at the time And so although there may have been a possibility and there was discussions about Well, what if the child belongs to this other guy? There was nothing to establish that Frank Masaryk was not the father And that's what we break down in our brief to the court is that we kind of lay out a couple different dates Our strongest belief is that April 2008 when she performed one of the over-the-counter at-home DNA tests To kind of support her thoughts at that point in time that the child was starting to look like someone else That that's when she had knowledge that should be defined by the statute Because she had no substantial doubt at that point in time that Frank Masaryk was not the father And so accordingly she filed her petition Now I know there are some cases that were cited stating that DNA tests are not required to start the knowledge of a party However, there were cases that did say that a DNA test could be what establishes knowledge for a party And it depends on the case that cited where, you know, it was discussed that DNA tests did not start the time period The lady testified and had already said that she knew before the birth of the child that the other man was not the father So it's factually distinguishable from the case that we have at the current point in time And even if April 2008 date is if the court believes that she had knowledge and no substantial doubt That sometime prior to that we revert back to December 2007 Which is when during testimony it was set forth by Amy that that was the first time she really started to notice the difference in the child His hair color started to change to almost a reddish color And just different physical characteristics that all of a sudden this child starts to look like the defendant Buckley instead of Frank Masaryk And so at that point in time, even if the court was to determine that's when she had knowledge and enough relevant evidence To create a substantial doubt or no substantial doubt at that point in time Then she was still within the two years at that point in time So you don't agree with Mr. Zuba that the discovery rule should apply in terms of the definition of knowledge That there would be a point in time where she knew enough where she had the obligation to inquire further I don't believe the discovery rule would apply and even if it did in this case Discovery rules applied on a case by case basis Taking into consideration one the difficulty of proof with the passage of time But also the hardship to the plaintiff who neither knows nor could have known And if there's any question of fact as to when that time period begins to run The court's to give Amy Masaryk, the petitioner, the plaintiff, however you want to refer to her The benefit of the doubt in this case And that's in the case law, the Conn case, is that correct? Correct All right, so if I understand the opposing counsel's position, and obviously we'll let them address it Then to avoid the running of the statute, Mrs. Masaryk would have had to file some action And become embroiled in litigation while she was pregnant, right? Correct, and that's how we interpret it and why we've had difficulty I guess understanding how that can be imposed on someone who There is a question of who the child's parent is So essentially what they're arguing is that as soon as she found out she was pregnant She knew she'd had sexual intercourse with three different individuals At that point in time she should have immediately filed a petition She would have had to have named her husband, the two other men at that point in time And then either gone through invasive prenatal DNA testing Or had the action stayed until the child was born So that DNA testing could be done at that point in time to make the determination And in our minds to have to impose that on our client Would have also put her in danger of Rule 137 sanctions At that point she has no knowledge of who the father is And yet they're saying that she should have had to have filed against all of them Well, she doesn't know How can you name three different people when you don't know who the father is And at that point in time can't make a scientific determination by DNA And you can't make any determination based on what the child looks like Because you haven't seen him yet You say nothing about the adverse emotional aspects of it The adverse impact on the family You have all this litigation going on while the woman's pregnant Correct And that's, I mean, we kind of looked at things in a hypothetical sense as well And that, you know, we looked at the situation Well, if she filed that early, would she be subject to 137? Well, then we also looked at the position that If she was subject to that time period under 7B If a presumed father, which would be Frank Nazarici in this situation Is also entitled to bring a petition to disestablish He knew she had had sexual intercourse with other individuals And that for him, if it was reversed And he had filed the action that he should have filed a petition As soon as he found out his wife was pregnant Because there was a question It creates a difficult position for practitioners I mean, we look at a position where if we have a client comes in to talk to us And asks us, well, when do I have to file a petition? I had sex with numerous individuals I'm not sure who the father is Essentially, what opposing counsel is arguing And what we're trying to say it can't be the case Is that we have to tell them, well, your statute started to run As soon as you got pregnant because you knew there was a question But in this case, you're not saying that that's the position of your client She didn't get pregnant and say, oh, my God I've had sex with three people, it might be three people She said, it's Frank's because I didn't have sex With these other two people until after Thanksgiving And by way of determining how many months Or how many weeks she was pregnant It had to be prior to having sex with those other two men Correct, I think that was our client's belief As a wife, she obviously wanted this child to be her husband Because obviously it creates a lot of different problems If all of a sudden you're bringing another man in And it gets complicated  Correct Does that, at that point, should she have made a determination I know what his child is? I think that at that point in time There were discussions about the possibility or the potential But... You can finish your sentence I don't believe that that establishes the knowledge Of relevant facts that's required by the statute It doesn't create, it's not some reliable evidence That would create no substantial doubt One way or the other who the father is at that point in time Thank you, you'll have an opportunity for rebuttal argument Mr. Buter, are you going first? Thank you Good morning, your honor Rich Buter on behalf of Frank Mazzarisi Who's the defendant at the reading of the case And you're dividing your time with Mr. Zuba? Yes, Mr. Zuba and I are going to divide seven and a half minutes apiece So I'm going to talk very quickly First off Hold on, I'm sorry It's very high tech as you can see Well, me too I got my watch on You ready, Greg? Yep Okay, thank you very much First off, before we even get started with anything To comment very quickly on what the opposing counsel had just said And the questions by the court The statute, it's not a matter of That you had to file a petition at the time That you knew that you were pregnant That's not the case It's a trigger mechanism As to the statute of limitations When is that two-year limitation period triggered? And that was the determination by the court The trigger was in January 2007 January 2009 To file a petition She had plenty of time Could have been filed after the birth Didn't have to be filed when she was pregnant Secondly, as to the credibility issue It was found that she was not credible In her determination by the trial court Meaning the plaintiff As to when she obtained Relevant knowledge of those facts The court made three separate findings Saying that she had knowledge Of relevant facts By way of sex with three different individuals At the time of conception Discussions that were had with her husband at the time Discussions that were had at the Super Bowl party And emails that she had Which were part of the record And indicated as Exhibits 1 and 2 At the time of the trial At the time of the hearing before the trial court And the situation was such That the judge At the trial level Indicated that the triggering Of the statute of limitations When she obtained knowledge of relevant facts Was in January of 2007 Can we take a step back here? Sure I think your recitation is correct As to the chronology and what law the court applied But getting back to the threshold question Clearly the petition I'm looking at in front of me Is labeled petition to determine Parent-child relationship With a father His name is Frank Mazzarisi His name is a presumed father This was filed under 7A Correct So how did the 7A petition Get converted into a 7B Non-paternity petition? I was the only attorney of record at the time Mr. Zuma was not involved in the case You can illuminate us on that Sure, absolutely your honor At that time there was a specific request Not only to determine The existence of a father-child relationship With Mr. Buckley But there was also a specific paragraph That indicated that Mr. Mazzarisi Was not the father of the child Therefore there was an indication For him to be determined That there was a non-existent That exactly was But if you have a declaration That somebody is the father Yes Necessarily isn't it going to flow That somebody is not the father? That's exactly right your honor And that's exactly what Judge Doherty Said There was a motion to dismiss My initial motion to dismiss Based on the statute of limitations To dismiss what type of motion? Or what type of petition? I A petition for what? There was a petition to determine The existence of a father-child relationship And as part of that petition As your honor indicated There was a prayer for relief And there was a paragraph indicating That Mr. Mazzarisi was not the father I filed a motion Based on 2-619 Saying that the statute of limitations Applied that it was beyond The two year statute But the two year statute Applies to the non-existence Correct But this was filed under a declaration To declare somebody the father And it has a clause in there That somebody else is not the father And at the trial level Judge Doherty Who was originally handling the case Pointed to the bench And took over his caseload Indicated that The request To determine that Frank Mazzarisi Was not the father And this is what Judge Doherty said At first when we had the motions Because there was a motion to strike and dismiss My motion to dismiss Based on the statute of limitations We had argument We had briefs And at that time Judge Doherty said If I find after a hearing That there was not knowledge Of relevant facts of Mrs. Mazzarisi Then she could proceed forward On her petition To determine Mr. Buckley To be the father of the child Why is that? What case law authority supports that Is really the point of question What case law authority says If you determine the non-existence Of the presumed father first Before you can address The other allegations of the petition Which was filed to declare Buckley The father of the minor child He didn't cite any specific case That said that What he indicated is what Your Honor is saying Is that if you're going to say That someone is the father Then somebody is not And I think where the situation Comes into play Is that these people were married And there was a presumption That Mr. Mazzarisi Was the father of the minor child And with that presumption You could file some type of action Or Mrs. Mazzarisi Could file some type of action And what Judge Daugherty Was trying to say at the time Was that you can't go forward On a petition To determine the existence Of a father-child relationship Until you determine That there's no father-child relationship Well that's what he said But what's the authority? Are you aware of this Adams case That was decided by the 4th District And as far as the Adams case I don't believe that it was a situation That was analogous To the circumstance that we have here Let me read this language Quoting from the Adams case The mother filed an action To prove the existence Of a parent-child relationship Implicit in every petition To prove the existence Of that relationship Under Section A1A Is proof of the nonexistence Of the relationship to everyone else There was a presumed father In that case So that was the facts It's not distinguishable in my mind The court goes on to say The father's interpretation Would thus subject all paternity petitions To the limitations period Provided in Section A3A Rendering the limitations period In A1A meaningless Clearly the legislature Could not have intended Such a result quote unquote Which is exactly here Saying you can't do that Even if you have a presumed father So how is this different from Adams? I think that in this situation Here Unlike in the Adams case Is that Mrs. Mazzarisi Had suspicions from the very beginning Suspicions Is that knowledge? Suspicions? Enough to act on The statute doesn't say That she has to have specific knowledge As to who the father is The facts, his information Suspicions that you would have to act on And only to act on In terms of the triggering of the statute Not to act upon A situation where you have to Immediately file a petition She had plenty of time to be able to do that And then getting back to Your Honor's circumstance When you have in the Adams case As in here I think the situation is such that Mrs. Mazzarisi had the obligation To act at that time And the non-existence Because of that presumption The non-existence of a father-child relationship Was there There's a specific prayer That you have to find that There was a presumption And a prayer by the plaintiff The plaintiff is the one That drafted the complaint The plaintiff is the one That asked for the specific prayer Well did you even actually need the prayer Because you make an argument that it's superfluous If you can prove definitively Well I guess I'm not following I'm not following what you're saying Your Honor If you're saying that If you know exactly who the father is Then you don't need to do that But you're going to put it At the start of a plea to be safe But there still has to be a determination of that And the whole purpose is for Go ahead The whole purpose in my understanding Of the two-year statute of limitations Is so you don't have a situation Where children are lingering on Where someone's going to use this To get all this information at that time This is it And then to go ahead and do that Somebody's got to make a decision Within that two-year period Of what they're going to do And if they're going to either be the father of the child If the mother is going to allow that person To be the father of the child And not let this child be in a situation Where several years later That something's going to happen Where because of somebody's preference As to custody, a divorce situation Whatever it may be to do that You know, go along with the 2-6-19 We don't let the facts play out Mr. Mazzarisi is presumed to be the father You know, the case is done He's presumed to be the father We move on and then in five years He's pretty bitter And he says, you know what? I'm not the father of that kid And I'm just going to wipe my hands And I'm done Now this kid is sitting there Just out there fatherless Saying, I don't know who my father is now It's 10 years down the road 20 years down the road Maybe mom's dead I don't know who my father is So isn't it best to have the facts play out And make a determination Who the father is and make a determination Who the father is not Because as you said With the reason behind the statute Is so that you don't have this kid Leaning around out there fatherless Or you don't have a father Who then is saying, wait a minute I wasn't the father This is my kid And I would respectfully disagree with your honor Because Mr. Mazzarisi is in the same position As Mrs. Mazzarisi Mr. Mazzarisi is under The two year statute of limitation It would only in a circumstance When individuals are married Would that statute operate in that fashion Because of that presumption Because they're married Because of that presumption He is under the same two year statute of limitation As Mrs. Mazzarisi Because he would have to find If he could have this child or not So the scenario that you're suggesting Your honor Really would not occur Because Mr. Mazzarisi Wouldn't have the ability to do that Because he would be Under the same obligation Of the triggering of the statute For the two year limitation I appreciate it You're thinking of it As child support obligation I'm looking at it as an obligation As a parent Because this isn't my kid And I don't want anything to do with him Child support is one thing Having a parent is a different thing So I'm looking at it From a financial standpoint As well as an emotional standpoint Wasn't the intent of the legislature Not to also Convenience a father Or put it to father And say hey I don't want this guy Ten years down the road To just find out he has a kid Couldn't you argue that the flip side Was not their father Well the obligation A child If that was the intent of the legislature Then the child would be given Some ability to come before a court To do that And there is nothing within the statute That allows a child to be able To do something like that The two parents themselves Are the ones that have to make that determination And again respectfully your honor You know you can go for a child You can go for a period of time As to an emotional obligation If a parent Whether you're a biological parent or not After the child is 18 years of age And you decide I just don't want To have anything to do with this child I don't like the way the child grew up He never listened to me He didn't do this And you want to cut yourself off You cut yourself off And if that child in itself Doesn't like that Well that's just the way the circumstances are But you have a situation here Where there is no action at all He has accepted the responsibility He has the presumption That he's the father of this child And he's doing nothing to act In any manner contrary to that And he again is under that same Two year statute of limitation obligation As Mrs. Mazzarisi is To take some kind of action Because he is He also has knowledge of relevant facts To determine the existence of Or the nonexistence of a father-child relationship And under the test The test that was done was a home test There's been no other testing Right, so that I believe it was a mail order I'm sorry, I didn't mean to interrupt you I believe that it was a mail order type thing But nothing with any kind of a chain Or anything of that nature at all Okay, excuse me one second Under 8A4 It indicates that The two year statute of limitation Will never bar a party From asserting the defense Of a relationship Correct Yes, and the statute works And the statute works In a much different fashion In that if Mrs. Mazzarisi Filed a divorce action And Mr. Mazzarisi Within that In the context of his answer And he He allows Or he says that That I am not the father Of this child But that He would be able to go forward In that fashion If Mrs. Mazzarisi files a divorce action And she says that Mr. Mazzarisi Is not the father of the child And Mr. Mazzarisi says I am the father of the child Under that circumstance The statute would kick in Just as you said your honor And we would not be here In terms of the statute of limitation period Because the statute allows Within that context But that's not the situation we have We have a specific action That was filed A specific action that says You are not the father of this child Judge Daugherty says You have to determine that first Before you go to the next portion of it If you determine that There was knowledge of relevant facts Then the action ends Just as Judge Mayer did In this kind of circumstance If Judge Mayer filed in a different way Then you would continue on In a whole different fashion When you file a divorce action And there is a divorce action pending But there's never been anything There's never been anything done With a divorce action Because this action Had been pending at that time And I took very careful Very carefully Not to answer it in that way So as not to get in the situation That you just specifically said Because if that happened I'd be totally out of luck I would have taken This dissolution action first Because once he filed it Put that paternity action at issue Mrs. Mazzarisi could have defended that action And the two-year statute of limitation Would not apply So what we have here Is that petition to determine The existence of a father-child relationship And within that A specific request and a petition To determine the non-existence Of a father-child relationship And I'm sorry But I'm very careful So I'm going to give Zuba five minutes And then we'll get there Right, right, got it Mr. Butera Yes, I'm sorry We've noted that you've taken I think the entire time But we're willing to let Mr. Zuba Take five additional minutes If he wishes And then we'll give counsel Additional time on reply If they need it I apologize to the court And to Mr. Zuba No, the issues are difficult That's fine, we understand And we actually don't have anything Following your case this morning So we have a little more time A little more flexibility Well, I appreciate the court's time I know it is a difficult issue Thank you very much Mr. Zuba Yes, we'll give you five minutes Thank you And I do appreciate the opportunity And I don't have a whole lot more to add Other than what Mr. Butera indicated But I do want to address a couple Of the questions that were raised Justice, you raised an interesting point That is really a logical type thing What if Mr. Mazzarisi Who now wants to be the father Child grows up and decides He doesn't want to be the father He wants to be the adoptive child With a father who is the adoptive parent He's legally the parent And Frank will legally be the parent But what if that individual When the child turns 17, 18, 19 Says, boy, this child I don't like this child I don't want anything to do with them Well, that's true But the child will have The mother on behalf of the child Is giving his child some peace of mind As to the parentage issue The child in an adoption case Has peace of mind Maybe they say, hey, you know My mother gave me up for adoption So these nice people adopted me Now he's turning his back on me They can always go out and seek Who the parent is Or sometimes at the adoption agency They need the name of the parent But in this case, the mother On behalf of the child Because everybody can move on behalf of the child Mr. Mazzarisi can move on behalf of the child The mother is moving on behalf of the child To give, in my opinion A determination who or who is not the father Why should the two-year statute of limitation Preclude because as the Adams case says If you make a determination As to who the parent is Flowing from there is a determination Of who the parent is not I think Adams is different And I want to address it Because in Adams, there was not Also the allegation That the married partner Was not the parent In this case, we have A request To determine the non-existence Of parentage with Frank That necessarily brought Frank Mazzarisi into the action He had to hire a lawyer He entered his appearance And he then, because it was a prayer of relief Was required to defend The request that he be determined Not to be the father And by defending He filed his motion to dismiss Which the judge determined We have a presumption of parenthood If dismiss is granted You are the father If you are the father We can't have two fathers Therefore, the action against Nancy Buckley necessarily goes away That's where I think this case I have two related questions Sure What was the legal authority For the trial courts holding That you first had to rebut The presumption in the action Before you could deal With the declaration of paternity What is the case law that supports that I don't know if there's case law But I think it's a statutory interpretation There isn't a case that I know That is directly on point with that However, if you logically look At the way the statute is laid out And look at the posture of this case It seems to me That it makes perfect sense To deal with the request To determine That a married partner Is not the father Since that party has been brought in And has a right to file Their motion to dismiss It seems to me that it makes perfect sense To deal with that motion That was before the court Did you read the Adams case Yes, I have The reference to the father's interpretation Obviously, there was a presumed father At Adams, was there not Setting aside the perf, really Wasn't there a father involved in Adams There was, however He wasn't brought into that action But he still tried to defeat it So there wasn't an action Filed against him To determine the non-existence of parentage That's where I think that case is different And I think the Klebs case The Klebs case in this case Is controlling on the knowledge factor I think that case combined With the language of Jackson v. Newman Defines what the knowledge is Defines the new or should have known And I think the credibility findings Of the judge with respect to He specifically said in his finding He did not believe Amy Mazzarisi had no suspicions Prior to December 2000 No more suspicions You said the phrase That I cringed a little bit New or should have known The statute doesn't say The plaintiff knew or should have known The statute says knowledge Knowledge of relevant facts So the knowledge that she has here Is that she had sex with three guys How is that knowledge of who the father is How is that knowledge of what, your honor I think it comes into play I think the discovery rule The concept behind the discovery rule As indicated by the first district in Klebs Bears upon you a responsibility To investigate further Otherwise It really leads to the mother When I want to obtain knowledge I can have suspicions I had sex with three different people I had emails with Who I think is the biological father We inform them after They're pregnant That they might be the father That there's an issue But I'm going to hold on to this Because things are going well With my husband and I I don't think that's the intent of the statute Would you suggest that Mrs. Mazzarisi Should have filed an action While she was pregnant Here's what we have to recall The statute doesn't give nine months It gives two years Could she have filed an action While she was pregnant She's the father of a child Mother's pregnant My client thinks the mother Is going to flee with child We file a maternity How do you answer opposing counsel's questions If she files a petition Naming three possible guys Two of which have nothing to do with the action Is that responsible litigation She has two options She could wait until after the child is born Because she has two years Not nine months Which is what she did Or she could have filed Against the two other individuals That's what she very well Could have done Let me ask you this This is a 2619 He granted a 2619 motion How is this issue With respect to her knowledge When she knew How is that not an issue Well that's what really makes The standard of review confusing I mean quite frankly I did the research And I found That the judge Had a hearing On the limited issue Of relevant knowledge And he made specific Credibility findings So it's It's a hybrid I mean to me It was a hybrid hearing 2619 The pleadings were insufficient Based upon the facts That the judge found So you're saying Define what knowledge Of relevant facts is As de novo You guys decide But there has to be Some deference To the factual findings Made by the judge Do you do any criminal work I do Then you're aware of I'm about to tell you A motion to suppress In a criminal case Same thing If I'm de novo When earlier When you were referring To the order in which These issues would be addressed And referred to the statute Isn't there a language In section 7b The second paragraph That says after the presumption That a man presumed to be the father Under a1 or a2 of section 5 Has been rebutted Paternity of that child By another man Is that what you're referring to Exactly Thank you And I respectfully ask To affirm the decision of Judge Meyer Thank you Rebuttal And we'll certainly give you Extra time If you need it Justices I think no matter how You look at this situation Or decide which statute Of limitations applies You need to really look at it Whether it be If under a1 we're saying That this was a petition To establish a parent-child relationship And needed to be brought No later than the child Attaining the age of 2 Then she was within The stage of limitations on that If we fall under a3 Which is where most Of the argument has gone And where most of the brief Arguments were It was a reasonably Reliable source To obtain the knowledge Of the relevant facts That Frank Nazarese Wasn't the father of the child She needed to determine Who the father of the child was At that point in time She had no substantial doubt It becomes a knowledge Of relevant fact As required under the statute What were you saying The statute of limitation And then under a3 Even if we don't go with April of 2008 And we fall to December of 2007 That would be when She began to recognize The physical characteristics changing And at that point Those physical characteristics Can also be considered A reasonably reliable source I'm sorry, a1 The statute of limitations Is not 2 years It's 2 years after the child Was born That's correct I apologize That's all right I just wanted to clarify Your opposing counsel Relied on the case of Clebs, have you read The Clebs case How do you distinguish Clebs from this case I think the facts Are clearly distinguishable Between Clebs and this case In the Clebs case Somebody was aware of things And how they had come about Whereas in this situation Everybody is on the same playing field Everybody knew what had happened Knew about the different Relationships that had been involved And so based on that alone I think it's different Because It was laid out there For everybody I mean there was a question For everybody There was no knowledge And so The child started becoming older So the physical characteristics Started to become more apparent If we go down Either it's April 2008 Or we go to December 2007 Both of those would fall Within the 2 years We're saying of obtaining Between obtaining knowledge Of relevant facts Pursuant to the statute And when she filed her petition Even if we go back to The court's trying to say That a petition should have been filed Before the child was ever born At that point in time There was no reasonably Reliable source For anybody to determine Who the father was As is required by the Jackson v. Newsom case Other than requiring A prenatal DNA test Which is an invasive procedure Dangerous to both the mother And the child So she waited And that's essentially What happened in this case She waited until she had Reasonably reliable information Upon which she could rely on To make her decision To need to file this petition To establish who the proper Parent of this child was Nothing precludes Frank Mazzarisi from 2, 3, 4, 5 years Going into family court And saying you know what I want to terminate child support To exert that defense Even if it's beyond The 2 year statute of limitations Correct I have nothing further We just ask the court to Thank you very much At this time the court Would like to thank counsel For the excellent job that you did And oral argument We'll take the matter under advisement And render a decision in due course Thank you, the court is adjourned